## TAYLOR *v.* THE STATE.

FISH, P. J.   Where an affidavit, the basis of a criminal accusation in a city
court, charged that the accused did, on a given date and in a named county,
" commit the offense of simple larceny, for that " he then and there "did
unlawfully and wrongfully take and carry away" designated property, be-
longing to a named person and of a stated value, and the accusation followed
this affidavit, but contained the additional averment that the taking and carry-
ing away was with intent to steal, it was not erroneous to overrule an objec-
tion, made during the progress of the trial, " to the defendant's being tried
further," because the affidavit failed to allege an intent to steal.   *Dickson* v.
*State*, 62 *Ga.* 583 ; *Williams* v. *State*, 107 *Ga.* 693 ; *Surrels* v. *State*, 113 *Ga.*
715.                                        *Judgment affirmed.   All the Justices concur.*

Submitted June 20,—Decided July 12, 1904.

Accusation of simple larceny.    Before Judge Hodges.    City
court of Macon.    April 27, 1904.

*Julian F. Urquhart, John P. Ross*, and *R. D. Feagin*, for plain-
tiff. in error, cited Penal Code, § 883; *Ga. R.* 119/299; 112/538;
109/570, 572; 58/399; 116/579; 71/361; 68/820; 25/689;
31/208; 3/419; 92/48; 64/449; 50/591.

*William Brunson, solicitor-general*, contra, cited, besides cases
cited in the decision, *Ga. R.* 114/226; 93/47; 62/583; 41/484;
24/31; Penal Code, § 753; Acts 1884–5, p. 475–6.

***

## MANN *v.* THE STATE.

COBB, J.   No error of law was complained of, and the evidence warranted the
verdict.                          *Judgment affirmed.   All the Justices concur.*

Submitted June 20,—Decided July 12, 1904.

Accusation of carrying concealed weapon.    Before Judge Hodges.
City court of Macon.    May 7, 1904.

*Jesse C. Harris* and *Minter Wimberly*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.